JS - 6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| UBALDO M. GUTIERREZ, | Case No. CV 12-08468-MMM (MLG) |
| Petitioner, | JUDGMENT |
| v. | |
| CONNIE GIPSON, Warden, | |
| Respondent. | |

IT IS ADJUDGED that the petition is dismissed without prejudice.

Dated: November 30, 2012

_____
Margaret M. Morrow
United States District Judge